

**Environmental Defense Section**
**P.O. Box 7611**
**Washington, DC 20044**

U.S. Department of Justice
Environment and Natural Resources Division

*Telephone (202) 598-3071*

January 14, 2026

<u>VIA ELECTRONIC FILING</u>

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

    Re:  *Alon USA v. EPA, et al.* (No. 25-60584), Memorandum to Counsel or Parties dated January 13, 2026.

---

Dear Mr. Cayce:

    In response to the Court's Memorandum to Counsel or Parties entered on January 13, 2026, Respondents hereby inform the Court that they take no position on Petitioner's motion to file certain material under seal (Doc. #49), and Respondents do not plan to file a response.

                         Sincerely,

                         */s/ Miranda M. Jensen*
                         Miranda M. Jensen
                         Environment & Natural Resources Division
                         U.S. Department of Justice
                         Post Office Box 7611
                         Washington, D.C. 20044
                         (202) 598-3071
                         miranda.jensen@usdoj.gov

cc: Counsel of Record, via CM/ECF

## CERTIFICATE OF SERVICE

    I hereby certify that on January 14, 2026, I electronically filed the foregoing letter using the court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                             */s/ Miranda M. Jensen*
                                             Miranda M. Jensen